## In re TRACY.

## In re WENDY.

### No. 78–368–A.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Corcoran, Peckham & Hayes, Kathleen Managhan, Newport, for petitioners.

Barbara Hurst, Stephen C. Bridge, Asst. Public Defenders, for respondents.

### ORDER

Treating the motion of the adoptive parents to affirm the judgment of the Family Court pursuant to Rule 16(g) as a motion to dismiss this appeal, said motion to dismiss is assigned to the motion calendar for oral argument to Wednesday, October 8, 1980 at 9:30 a.m.

■

## Robert WHITFORD

v.

## TOWN OF EXETER BOARD OF CANVASSERS et al.

### No. 80–360–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Thomas J. Grady, Pawtucket, for petitioner.

Dennis J. Roberts II, Atty. Gen., John S. Foley, Spec. Asst. Atty. Gen., for respondents.

### ORDER

The petition for writ of certiorari is denied.

■

## BLUE CROSS OF RHODE ISLAND et al.

v.

## Thomas J. CALDARONE, Jr.

### No. 80–342–M.P.

Supreme Court of Rhode Island.

Aug. 28, 1980.

Edwin H. Hastings, Peter J. McGinn, Steven E. Snow, Providence, for plaintiffs–respondents.

Lawrence M. Iacoi, Chief Legal Counsel, Susan D. Hayes, Legal Counsel, Dept. of Business Regulation, Providence, for defendant–petitioner.

### ORDER

The petition for writ of certiorari is denied.

WEISBERGER and MURRAY, JJ., did not participate.